IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CENTEX HOMES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. _____ |
| vs. | § | Jury Trial Demanded |
| | § | |
| CHELDAN HOMES, L.P., and OMS | § | |
| MANAGEMENT, L.L.C., | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Plaintiff Centex Homes, files this Original Complaint against

Defendants Cheldan Homes, LP, and OMS Management, LLC, and would show this

Honorable Court as follows:

**I.**

**PARTIES**

1.      Plaintiff Centex Homes ("Centex" or "Plaintiff") is a Nevada general

partnership with its principal place of business in Dallas, Texas.

2.      Defendant Cheldan Homes, L.P. ("Cheldan Homes" or "Defendant") is a

limited partnership with its principal place of business in Fort Worth, Texas.   It may be

served by service of process upon its registered agent for service of process, Allen R. Goss,

6861 Corporation Parkway, Fort Worth, Texas  76216.

3.      Defendant OMS Management, LLC ("OMS" or "Defendant") is the general

partner for Cheldan and is registered to do business in the state of Texas, with its principal

place of business in Fort Worth, Texas.   It may be served by service of process upon its

registered agent for service of process, Allen R. Goss, 6861 Corporation Parkway, Fort Worth, Texas 76216.

## II.

### JURISDICTION AND VENUE

4.     This action arises under the Copyright Act, 17 USC § 501 *et seq.*  The Court has jurisdiction pursuant to 28 U.S.C. §1338 (a).

5.     Venue is proper in the United States District Court for the Eastern District of Texas, Sherman Division, under 28 U.S.C. §1391 (b) and (c) and 28 U.S.C. §1400 because it is a judicial district in which Defendants reside or may be found and a substantial portion of the events giving rise to the claims herein occurred. Defendant used their infringing plans in the design and construction of homes in Anna, Collin County, Texas.

## III.

### FACTUAL BACKGROUND

6.     Cheldan Homes is a Texas homebuilder with communities built or being built across Texas, including but not limited to Collin and Denton counties.  OMS Management is the general partner of Cheldan Homes.

7.     Centex is a national homebuilder with communities built and being built across the State of Texas, including but not limited to in Collin and Denton counties.

8.     Centex has a well-deserved and hard-earned reputation for quality design and construction of homes.  This reputation has been developed by over fifty years in the homebuilding business.

9.     Centex retains experienced design professionals to design its homes and registers those designs as architectural works with the United States Copyright Office.  In

2002, Centex created three of the four floor plans for single family homes (the "2002 Centex Works") that are at issue in this case.  Each of these three architectural works was registered with the Copyright Office.  The copyright registration information is as follows:

| Title of Work | Registration Date | Copyright Registration No. |
|---|---|---|
| CTX 0270 (The Hancock) | February 3, 2004 | VAu 611-090 |
| CTX 0274 (The Hamilton) | February 3, 2004 | VAu 611-088 |
| CTX 0305 (The Triumph) | July 26, 2004 | VAu 631-565 |

Copies of each of these registrations are attached hereto as EXHIBIT A-1 through A-3.

10.     In 2005, Centex created another design, CTX 0509 (The Raleigh) (the "2005 Centex Work").  The 2005 Centex Work was registered on January 15, 2009 and is copyright registration no. VAu 978-729.   A copy of the registration is attached hereto as EXHIBIT B.

11.     In late February 2008, Centex became aware that Cheldan Homes was offering for sale to the public homes with floor plans that were identical or substantially similar to the 2002 Centex Works and 2005 Centex Work (collectively the "Centex Works").

12.     By letter dated March 27, 2009, Centex demanded that Cheldan Homes cease and desist its improper use of the Centex Works in designing homes.  After not receiving a response, counsel for Centex contacted Cheldan Homes and subsequently conferred with counsel for Cheldan Homes.  Counsel admitted Cheldan Homes built 37 homes using plans copied from Centex (the "Infringing Plans").  He also admitted there were "similarities" between the Centex Works and the Infringing Plans, but no resolution was reached.

## IV.

## FEDERAL COPYRIGHT INFRINGEMENT

13.     Plaintiffs hereby incorporate the allegations in paragraphs 1-12, above, as if fully set forth herein.

14.     Centex is the owner of the Centex Works and, as such, has the exclusive right in the copyrighted Centex Works, including the exclusive right to display the copyrighted Centex Works, prepare derivative works based on the copyrighted work, distribute and/or offer for sale homes based on the Centex Works. Copyright Act, 17 USC §106.

15.     Defendants' sale or offering for sale of homes designed by use of the Infringing Plans violates the exclusive rights of Centex under the Copyright Act and has damaged Centex.  Defendants' actions were committed willfully, as they were aware of Centex's creation and ownership of the Centex Works, yet advertised and sold homes designed by use of the Infringing Plans and, upon information and belief, continue to offer such designs for sale.

16.     Based on the actions of Defendants in using Infringing Plans to design homes and in continuing to use or to sell homes that used the Infringing Plans, Centex is entitled to permanent injunctive relief barring Defendants from advertising, distributing, selling or offering to sell homes designed by use of their Infringing Plans.  Centex is also entitled to recover actual damages and any additional profits of Defendants in the sale of the Infringing Plans, or statutory damages for Infringing Plans that are copies or substantially similar to the 2002 Centex Works and enhanced statutory damages for Defendants' willful infringement of the 2002 Centex Works, as well as impoundment of the Infringing Plans.  Further, Centex is entitled to recover attorney's fees.

WHEREFORE, Plaintiff Centex Homes respectfully requests that after a trial on the merits, the Court find in favor of Centex Homes, permanently enjoin Cheldan Homes from further use of the Infringing Plans, and award Centex its actual or statutory damages and

enhanced statutory damages as requested, attorney's fees as the prevailing party, pre- and post judgment interest as provided for by law, and costs of Court.

Respectfully submitted,

Molly Buck Richard
molly@richardlawgroup.com
Texas Bar No. 16842800
Elizann Carroll
Elizann@richardlawgroup.com
Texas Bar No. 00787209
RICHARD LAW GROUP, INC.
8411 Preston Road, Suite 890
Dallas, TX  75225
(214) 206-4300 (phone)
(214) 206-4330 (fax)

*Counsel for Plaintiff Centex Homes*

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts



VAu611—090

EFFECTIVE DATE OF REGISTRATION

**FEB 03 2004**
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼          NATURE OF THIS WORK ▼ See instructions

CTX0270          Architectural WORK

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

NAME OF AUTHOR ▼          DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

**a**   CENTEX HOMES

Was this contribution to the work a "work made for hire"?     Author's Nationality or Domicile
Name of Country
☑ Yes          OR { Citizen of ___ United States
☐ No                 Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☑ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  Name of Author ▼          Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?     Author's Nationality or Domicile
Name of Country
☐ Yes          OR { Citizen of ___
☐ No                 Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**3**

**a**  Year in Which Creation of This Work Was Completed
2002  Year
This information must be given in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ___  Day ___  Year ___  Nation ___

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Centex Homes
2728 N Harwood Dallas, TX 75201

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB   2004
ONE DEPOSIT RECEIVED
FEB   2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space.

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

**EXHIBIT**
**A-1**

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give Previous Registration Number ▼          Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** *See instructions before completing this space.*

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                    Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Shannon Daly
2728 N Harwood Dallas, TX 75201

Area code and daytime telephone number   ( 214 ) 981-6742          Fax number   ( 214 ) 981-6987

Email   sdaly@centexhomes com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Centex Homes
*Name of author or other copyright claimant, or owner of exclusive right(s) ▲*

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Shannon Daly                              Date   12/30/2003

Handwritten signature (X) ▼

x   *Shannon Daly*

**9**

| Certificate will be mailed in window envelope to this address | Name ▼ Kim Gayton | |
| --- | --- | --- |
| | Number/Street/Apt ▼ 2728 N Harwood | |
| | City/State/ZIP ▼ Dallas, TX 75201 | |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2003—20,000   Web Rev: June 2003   ® Printed on recycled paper          U.S. Government Printing Office: 2003-441-113/20 021

 **the plan book!**

## Single Family Submittal Form

 **CENTEX architecture**

| Details | | | Plan Book Submittal Date | 22-Dec-03 |
|---|---|---|---|---|
| Design Code | CTX-02-70 | | | |
| Region (select one) | Mid-Atlantic | | | |

| Details | |
|---|---|
| Design Code | CTX-02-70 |
| Region (select one) | Mid-Atlantic |
| | Midwest |
| | Southeast |
| | Southwest — X |
| | West Coast |
| | Wayne Homes |
| | Resorts |
| Division | CENTRAL TEXAS -AUSTIN |
| Satellite Office Name | |
| Plan Name | FJL2-1111 HANCOCK |
| Year of Plan Creation | 2002 |
| Designed By (select one) | Clay Creel |
| | Paul Kniller |
| | Norman Lei |
| | Steve Peake |
| | Joe Stein |
| | David Wheatley — ✓ |
| | Other-In house |
| | Other-Outsource* |
| *If Other, enter name | BRUCE MCNEIL |
| Design Origin | ✓ Original or ☐ Derivation* |
| *Parent Plan's Name | |
| Product Line | FREEDOM |
| Brick and Mortar | Total B&M — 47981 |
| | Less Permitting — 850 |
| | Less Allocations — 1425 |
| | Less Model Deferred — 425 |
| | Net — 45281 |
| Top 5 Best Selling Plan | ☐ YES OR ✓ NO  Year |

| Product Status | |
|---|---|
| Division Status | ✓ Active or ☐ Archived |
| Plan Status (select one) | Conceptual Design |
| | Design Development |
| | First Construction |
| | Working Drawings |
| Sales Status (select one) | Brochures |
| | Released |
| | Ongoing — ✓ |
| | Archive |

| Drafting | |
|---|---|
| Code Book (select all that apply) | BOCA |
| | CABO |
| | IBC |
| | IRC — ✓ |
| | SBC |
| | UBC |
| | Other |
| Code Year | 2000 |
| Code Other | |
| Drafting Consultant | AMERICAD |
| Truss Engineer | CTX |
| Other Engineer | MLAW |
| CdsPt Standards | ☐ YES ✓ NO |

| Size | | | |
|---|---|---|---|
| Floors (select one) | 1 | ✓ | |
| | 2 | | |
| | 3 | | |
| Bedrooms (select one) | 1 | | |
| | 2 | | |
| | 3 | ✓ | |
| | 4 | | |
| | 5 | | |
| | 6 | | |
| Baths | 1 | | |
| | 2 | ✓ | |
| | 3 | | |
| | 4 | | |
| | 5 | | |
| | and 1/2 | | |
| Garage Stalls (select one) | 0 | | |
| | 1 | | |
| | 2 | ✓ | |
| | 3 | | |
| | 4 | | |
| | 5 | | |
| Basement (select one) | None | X |
| | Unfinished | |
| | Finished | |
| Density per Acre | 4-5 |
| Width (in decimal) | 34.1 |
| Depth (in decimal) | 46 |
| Garage Access (select one) | Front — ✓ |
| | Rear |
| | Side |
| | Swing-In |
| | Courtyard |
| | Detached |
| | None |
| Master Bedroom (select one) | ✓ DOWN  ☐ UP |

| Square Footage | |
|---|---|
| Basement Finished Sq. Ft. | 0 |
| Floor 1 Sq. Ft. | 1111 |
| Floor 2 Sq. Ft. | 0 |
| Floor 3 Sq. Ft. | 0 |
| Total Square Footage | 1111 |
| Garage Area | 306 |

| Federal Copyright | |
|---|---|
| Already filed with FedCO | ☐ YES ✓ NO |
| If Yes, Submittal Date | |
| Submitted By | |
| Copyright Registration Date | |
| Copyright Registration Number | |
| (If No, the Centex Corporate office will file the Copyright) | |

| Comments and additional information | Dining, Study |
|---|---|
| 9/9/2003 | |

Confidential Internal Use
© 2003 Centex Homes



FLOOR PLAN

CTX0270





## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu611-088**

EFFECTIVE DATE OF REGISTRATION
**FEB 03 2004**
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼        NATURE OF THIS WORK ▼ See Instructions

**CTX 024**        Architectural **WORK**

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**        NAME OF AUTHOR ▼        DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

**a        CENTEX HOMES**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ United States
      Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☑ Architectural work

**b**        Name of Author ▼        Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
      Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a**        Year in Which Creation of This Work Was Completed
**2002** ◄ Year
This information must be given in all cases.

**b**        Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ___ Day ___ Year ___
Nation ___

---

**4**        COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Centex Homes
2728 N Harwood Dallas, TX 75201

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**FEB - 3 2004**
ONE DEPOSIT RECEIVED
**FEB - 3 2004**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXHIBIT
**A-2**

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

    a
    See instructions
    before completing
    this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

    b

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

    a

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

    b

Shannon Daly
2728 N Harwood Dallas, TX 75201

Area code and daytime telephone number ( 214 ) 981-6742          Fax number ( 214 ) 981-6987

Email  sdaly@centexhomes com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Centex Homes
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Shannon Daly                                              Date 12/20/2003

Handwritten signature (X) ▼

X

**9** Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Kim Gaytan

Number/Street/Apt ▼
2728 N Harwood

City/State/ZIP ▼
Dallas, TX 75201

YOU MUST:
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper          U.S. Government Printing Office: 2000-461 113/20 021

# the plan book!

# CENTEX architecture

## Single Family Submittal Form

**Plan Book Submittal Date**   22-Dec-03

### Details

| | | |
|---|---|---|
| Design Code | CTX-02-74 | |
| Region (select one) | Mid-Atlantic | |
| | Midwest | |
| | Southeast | |
| | Southwest | X |
| | West Coast | |
| | Wayne Homes | |
| | Resorts | |
| Division | CENTRAL TEXAS-AUSTIN | |
| Satellite Office Name | | |
| Plan Name | FJL2-1561 HAMILTON | |
| Year of Plan Creation | 2002 | |
| Designed By (select one) | Clay Creel | |
| | Paul Knitter | |
| | Norman Lei | |
| | Steve Peake | |
| | Joe Stein | |
| | David Wheatley | |
| | Other-In house | ✓ |
| | Other-Outsource* | |
| *If Other, enter name | BRUCE MCNEIL | |
| Design Origin | ✓ Original or ☐ Derivation* | |
| *Parent Plan's Name | | |
| Product Line | FREEDOM | |
| Brick and Mortar | Total B&M | 65153 |
| | Less Permitting | 850 |
| | Less Allocations | 1425 |
| | Less Model Deferred | 425 |
| | Net | 62453 |
| Top 5 Best Selling Plan | ☐ YES OR ✓ NO | Year |

### Product Status

| | | |
|---|---|---|
| Division Status | ✓ Active or | ☐ Archived |
| Plan Status (select one) | Conceptual Design | |
| | Design Development | |
| | First Construction | |
| | Working Drawings | ✓ |
| Sales Status (select one) | Brochures | |
| | Released | |
| | Ongoing | ✓ |
| | Archive | |

### Drafting

| | | |
|---|---|---|
| Code Book | BOCA | |
| (select all that apply) | OABO | |
| | IBC | |
| | IRC | ✓ |
| | SBC | |
| | UBC | |
| | Other | |
| Code Year | | 2000 |
| Code Other | | |
| Drafting Consultant | AMERICAD | |
| Truss Engineer | OTX | |
| Other Engineer | MLAW | |
| CdsPt Standards | ☐ YES ✓ NO | |

### Size

| | | |
|---|---|---|
| Floors (select one) | 1 | ✓ |
| | 2 | |
| | 3 | |
| Bedrooms (select one) | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| Baths | 1 | |
| | 2 | ✓ |
| | 3 | |
| | 4 | |
| | 5 | |
| | and 1/2 | |
| Garage Stalls (select one) | 0 | |
| | 1 | ✓ |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| Basement (select one) | None | X |
| | Unfinished | |
| | Finished | |
| Density per Acre | | 4.5 |
| Width (in decimal) | | 33.1 |
| Depth (in decimal) | | 59.4 |
| Garage Access (select one) | Front | ✓ |
| | Rear | |
| | Side | |
| | Swing-In | |
| | Courtyard | |
| | Detached | |
| | None | |
| Master Bedroom (select one) | ✓ DOWN | ☐ UP |

### Square Footage

| | |
|---|---|
| Basement Finished Sq. Ft. | 0 |
| Floor 1 Sq. Ft. | 1561 |
| Floor 2 Sq. Ft. | 0 |
| Floor 3 Sq. Ft. | 0 |
| Total Square Footage | 1561 |
| Garage Area | 293 |

### Federal Copyright

| | | |
|---|---|---|
| Already filed with FedCO | ☐ YES | ✓ NO |
| If Yes, Submittal Date | | |
| Submitted By | | |
| Copyright Registration Date | | |
| Copyright Registration Number | | |
| (If No, the Centex Corporate office will file the Copyright) | | |

**Comments and additional information**   Dining, Study
9/9/2003



FLOOR PLAN                    CTX0274



CTX0274   ELEVATION "A"



CTX0274   ELEVATION "B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 631 – 585**

EFFECTIVE DATE OF REGISTRATION

7-26-04

Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

## 1

**Title of This Work ▼**

CTX0305

**NATURE OF THIS WORK ▼** See instructions

Architectural Work

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

## 2

**NAME OF AUTHOR ▼**

a    Centex Homes

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of    United States
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☑ Architectural work

**Name of Author ▼**

b

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

## 3

a  **Year in Which Creation of This Work Was Completed**  2003  ◄ Year
This information must be given ONLY if this work has been published.

b  **Date and Nation of First Publication of This Particular Work**
Month _____ Day _____ Year _____
Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Centex Homes
2728 N Harwood Dallas, TX 75201

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
JUL 26 2005
ONE DEPOSIT RECEIVED
JUL 26 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

EXHIBIT
A-3

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kim Gaytan
2728 N Harwood Dallas TX 75201

b

Area code and daytime telephone number  (214 ) 981-5264        Fax number  (214 )981-6987

Email  kgaytan@centexhomes.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of    Centex Homes
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Shannon Daly        Date  7/19/2004

Handwritten signature (X) ▼

x  _Shannon Daly_

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Kim Gaytan

Number/Street/Apt ▼
2728 N Harwood

City/State/ZIP ▼
Dallas, TX 75201

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002—30,000   Web Rev June 2002   ⊛ Printed on recycled paper        U.S. Government Printing Office: 2000-461 113/20,021

# the plan book!

## Single Family Submittal Form

### CENTEX HOMES architecture

Plan Book Submittal Date: 7/14/04

## Details

| | |
|---|---|
| Design Code | CTX-03-05 |
| Region (select one) | Mid-Atlantic |
| | Midwest |
| | Southeast |
| | Southwest    X |
| | West Coast |
| | Wayne Homes |
| | Resorts |
| Division | CENTRAL TEXAS -AUSTIN |
| Satellite Office Name | |
| Plan Name | FJL-2043 TRIUMPH |
| Year of Plan Creation | 2003 |
| Designed By (select one) | Clay Creel |
| | Paul Knitter |
| | Norman Lei |
| | Steve Peake |
| | Joe Stein |
| | David Wheatley |
| | Other-In house    ☑ |
| | Other-Outsource* |
| *If Other, enter name | ROLAND TORRES |
| Design Origin | ☐ Original or  ☑ Derivation* |
| *Parent Plan's Name | P40-2043 |
| Product Line | SIERRA |
| Brick and Mortar | Total B&M |
| | Less Permitting |
| | Less Allocations |
| | Less Model Deferred |
| | Net    0 |
| Top 5 Best Selling Plan | ☐ YES  OR  ☑ NO      Year |

## Product Status

| | |
|---|---|
| Division Status | ☑ Active or   ☐ Archived |
| Plan Status (select one) | Conceptual Design |
| | Design Development |
| | First Construction |
| | Working Drawings    ☑ |
| Sales Status (select one) | Brochures |
| | Released |
| | Ongoing    ☑ |
| | Archive |

## Drafting

| | |
|---|---|
| Code Book | BOCA |
| (select all that apply) | CABO    ☑ |
| | IBC |
| | IRC    ☑ |
| | SBC |
| | UBC |
| | Other |
| Code Year | 2003 |
| Code Other | |
| Drafting Consultant | SAN ANTONIO OFFICE |
| Truss Engineer | CTX |
| Other Engineer | MLAW |
| CdsPt Standards | ☑ YES    ☐ NO |

## Size

| | | |
|---|---|---|
| Floors (select one) | 1 | |
| | 2 | ☑ |
| | 3 | |
| Bedrooms (select one) | 1 | |
| | 2 | |
| | 3 | |
| | 4 | ☑ |
| | 5 | |
| | 6 | |
| Baths | 1 | |
| | 2 | |
| | 3 | ☑ |
| | 4 | |
| | 5 | |
| | and 1/2 | ☑ |
| Garage Stalls (select one) | 0 | |
| | 1 | |
| | 2 | ☑ |
| | 3 | |
| | 4 | |
| | 5 | |
| Basement (select one) | None | X |
| | Unfinished | |
| | Finished | |
| Density per Acre | | 4-5 |
| Width (in decimal) | | 29 |
| Depth (in decimal) | | 48 |
| Garage Access (select one) | Front | ☑ |
| | Rear | |
| | Side | |
| | Swing-In | |
| | Courtyard | |
| | Detached | |
| | None | |
| Master Bedroom (select one) | ☐ DOWN  ☑ UP | |

## Square Footage

| | |
|---|---|
| Basement Finished Sq. Ft. | 0 |
| Floor 1 Sq. Ft. | 893 |
| Floor 2 Sq. Ft. | 1150 |
| Floor 3 Sq. Ft. | 0 |
| Total Square Footage | 2043 |
| Garage Area | 400 |

## Federal Copyright

| | |
|---|---|
| Already filed with FedCO | ☐ YES  ☑ NO |
| If Yes, Submittal Date | |
| Submitted By | |
| Copyright Registration Date | |
| Copyright Registration Number | |
| (If No, the Centex Corporate office will file the Copyright) | |

Comments and additional information
8/9/2003



SECOND FLOOR PLAN    CTX0305



FIRST FLOOR PLAN    CTX0305



CTX0805   ELEVATION 'A'



CTX0805   ELEVATION 'B'

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 978-729

Effective date of registration:

January 15, 2009

## Title

**Title of Work:** CTX0509

## Completion/ Publication

**Year of Completion:** 2005

## Author

**Author:** Centex Homes

**Author Created:** architectural work

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Centex

2728 North Harwood St., Dallas, TX, 75201

## Rights and Permissions

**Organization Name:** Centex

**Name:** To whom it may concern

**Address:** 2728 North Harwood St.

Dallas, TX 75201  United States

## Certification

**Name:** Qasim Ludy

**Date:** January 15, 2009

EXHIBIT

**B**



Floor Plan        CTX0509



Entry

Porch

2 Car Garage

## Partial Floor Plan



## Front Elevation "A" CTX0509



## Partial Floor Plan



## Front Elevation "C" CTX0509



Entry

Porch

2 Car Garage

## Partial Floor Plan



## Front Elevation "E" CTX0509



Entry

Porch

2 Car Garage

## Partial Floor Plan



## Front Elevation "F" CTX0509



Entry

Porch

2 Car Garage

## Partial Floor Plan



## Front Elevation "J" CTX0509



## Partial Floor Plan



## Front Elevation "K" CTX0509



Entry

Porch

2 Car Garage

## Partial Floor Plan



## Front Elevation "L" CTX0509



## Partial Floor Plan



## Front Elevation "M" CTX0509