# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CENTEX HOMES | § | |
| | § | |
| V. | § | CASE NO. 4:09cv288 |
| | § | (Judge Mazzant) |
| CHELDAN HOMES, L.P., and | § | |
| OMS MANAGEMENT, L.L.C. | § | |

### FINAL JUDGMENT

Pursuant to the Agreed Permanent Injunction entered on this date, it is hereby

**CONSIDERED, ORDERED** and **ADJUDGED** that the case is **DISMISSED** with prejudice.

All relief not previously granted is hereby DENIED.

**IT IS SO ORDERED.**

**SIGNED** this 2nd day of November, 2010.

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE